| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Nationstar Mortgage | |
| In Re:<br><br>Lori Ann Mitchell,<br><br>Debtor | Case No.:   25-15684-VFP<br><br>Chapter:   13<br><br>Hearing Date:   08/07/2025<br><br>Judge:   Papalia |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 14)

Date: 7/30/2025                          /s/ Denise Carlon
                                         Signature

*rev.8/1/15*