| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-37370 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Capital One, N.A. | Order Filed on August 6, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Lori Ann Mitchell | Case No: 25-15684-VFP<br><br>Hearing Date: August 7, 2025<br><br>Judge: VINCENT F PAPALIA<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: August 6, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-37370 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Capital One, N.A.

| | |
|---|---|
| In Re: | Case No: 25-15684-VFP |
| Lori Ann Mitchell | Hearing Date: August 7, 2025 |
| | Judge: VINCENT F PAPALIA |
| | Chapter: 13 |

The Consent Order pertains to the property located at 11 Holderness Drive, Sussex, NJ 07461, mortgage account ending with "2253";

This Matter having been brought before the Court by, Russell L. Low, Low & Low, Esquire, attorney for Debtor, Lori Ann Mitchell (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Capital One, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this consent order shall be made part of the Confirmation Order.

2. The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#8) which lists pre-petition arrears in the amount of $10,502.50.

3. If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Capital One, N.A.'s allowed secured Proof of Claim.

4. Debtor shall timely pay the monthly post-petition mortgage payment in the amount of $728.21, direct to creditor outside the plan. Said amount is subject to changes in accordance with the terms of the note and mortgage

     5.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

| BROCK AND SCOTT, PLLC | |
|---|---|
| Capital One, N.A. | DEBTOR |
| By Its Attorney, | By Their Attorney, |
| | |
| */s/ Kimberly A. Wilson* | /s/ Russell L. Low |
| Kimberly A. Wilson | Russell L. Low, Esquire |
| (Bar No. 031441997) | Attorney for Debtor |
| Attorney for Creditor | 505 Main St., |
| BROCK & SCOTT, PLLC | Suite 304, |
| 3825 Forrestgate Drive | Hackensack, NJ 07601 |
| Winston-Salem, NC 27103 | Phone Number: (201) 343-4040 |
| Telephone: 844-856-6646 | Email: ecf@lowbankruptcy.com |
| Facsimile: 704-369-0760 | |
| E-Mail: njbkr@brockandscott.com | |
| | |
| Dated: 08/01/2025 | Dated: 08/01/2025 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15684-VFP |
| Lori Ann Mitchell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 06, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lori Ann Mitchell, PO Box 44, Vernon, NJ 07462-0044 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Capital One  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Lori Ann Mitchell ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5