Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−15684−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Ann Mitchell
   PO Box 44
   Vernon, NJ 07462

Social Security No.:
   xxx−xx−5314

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 27, 2025.

Dated: August 27, 2025
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15684-VFP |
| Lori Ann Mitchell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 27, 2025 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Ann Mitchell, PO Box 44, Vernon, NJ 07462-0044 |
| aty | + | Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Capital One, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520698343 | + | Capital One, N.A., Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047-8945 |
| 520670140 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520670122 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 27 2025 21:04:58 | BEST EGG, ATTN: BANKRUPCTY, PO BOX 42912, PHILADELPHIA, PA 19101-2912 |
| 520670125 | | Email/Text: EBN@brockandscott.com | Aug 27 2025 20:48:00 | Brock & Scott, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 |
| 520670126 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 21:04:43 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520670128 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2025 21:04:43 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520670129 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 27 2025 20:48:00 | CITIZENS BANK NA, ATTN: BANKRUPTCY, 1 CITIZENS PLAZA, RIVERSIDE, RI 02915 |
| 520680227 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2025 21:15:30 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520691235 | | Email/Text: mrdiscen@discover.com | Aug 27 2025 20:48:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520670130 | + | Email/Text: mrdiscen@discover.com | Aug 27 2025 20:48:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520670131 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 27 2025 20:49:00 | DISCOVER HOME LOANS, ATTN: BANKRUPTCY, 1 CORPORATE DRIVE, SUITE 360, LAKE ZURICH, IL 60047 |
| 520670132 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 27 2025 20:50:00 | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |

Case 25-15684-VFP    Doc 23    Filed 08/29/25    Entered 08/30/25 00:15:42    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: plncf13 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 520670133 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2025 20:49:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 520670134 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2025 20:49:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520670135 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2025 21:04:24 | JPMCB, MAILCODE LA4-7100, 700 KANSAS LANE, MONROE, LA 71203-4774 |
| 520742792 | + | Email/Text: RASEBN@raslg.com | Aug 27 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520670136 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 21:03:34 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520675975 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 21:02:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520693673 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 21:03:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520670137 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 21:04:24 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 520670138 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 20:49:00 | MR COOPER/UNITED WHOLESALE MORTGAGE, ATTN: BANKRUPTCY, PO BOX 619098, DALLAS, TX 75261-9098 |
| 520758630 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520771213 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 20:49:00 | Nationstar Mortgage LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 520698877 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 21:03:38 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520684396 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2025 20:49:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520758869 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2025 20:49:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520725529 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 21:02:39 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520670139 | | Email/Text: EBN@seliplaw.com | Aug 27 2025 20:49:00 | Selip and Stylianou, LLP, 10 Forest Avenue, Suite 300, P.O. Box 914, Paramus, NJ 07652 |
| 520768619 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 27 2025 20:48:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520670141 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 21:02:44 | SYNCHRONY BANK/PC RICHARDS & SONS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520670142 | + | Email/Text: bankruptcy@td.com | Aug 27 2025 20:49:00 | TD BANK/RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, 1701 RT. 70 EAST, CHERRY HILL, NJ 08003-2390 |
| 520691237 | + | Email/Text: tdebn@credbankserv.com | Aug 27 2025 20:49:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 520670143 | + | Email/Text: ClericalSupport@tenagliahunt.com | Aug 27 2025 20:49:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 520670144 | | Email/Text: bknotice@upgrade.com | | |

| Recip ID | | | | |
|---|---|---|---|---|
| | | Aug 27 2025 20:48:00 | | UPGRADE, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 520670146 | Email/Text: bankruptcies@uplift.com | | | |
| | | Aug 27 2025 20:48:00 | | UPLIFT, INC., ATTN: BANKRUPTCY, 440 N WOLFE RD, SUNNYVALE, CA 94085 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520670123 | *+ | BEST EGG, ATTN: BANKRUPCTY, PO BOX 42912, PHILADELPHIA, PA 19101-2912 |
| 520670124 | *+ | BEST EGG, ATTN: BANKRUPCTY, PO BOX 42912, PHILADELPHIA, PA 19101-2912 |
| 520670127 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520670145 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, UPGRADE, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Capital One N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Lori Ann Mitchell ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5