**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:  Case No. 25-15684-VFP
  Chapter 13

Lori Ann Mitchell

Debtor(s).

## NOTICE OF APPEARANCE

**Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:  /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 23rd day of September, 2025, to the following:

Russell L. Low
Low & Low
505 Main St.
Suite 304
Hackensack, NJ 07601
ecf@lowbankruptcy.com
***Attorney for Debtor(s)***


Marie-Ann Greenberg
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
Info@magtrustee.com
***Chapter 13 Trustee***


U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Lori Ann Mitchell
PO Box 44
Vernon, NJ 07462

***Debtor(s)***


                                         By:      /s/ Steven K. Eisenberg
                                                       Steven K. Eisenberg, Esquire