**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lori Ann Mitchell | : | CASE NO. 25-15684 |
| Debtor | : | HONORABLE VINCENT F. PAPALIA |
| | : | Hearing: October 16, 2025 at 10:00 A.M. |

---

**Attorney's Response to Secured Creditor's Motion for relief from Stay**

---

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Lori Ann Mitchell, in her Chapter 13 bankruptcy.
2. As per the debtor, she would like to propose to bring the second mortgage delinquency current by the end of the month.
3. Therefore, I am respectfully requesting the opportunity to resolve this matter.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  <u>October 14, 2025</u>                                          /s/ Russell L. Low
                                                                           **Russell L. Low**
                                                                           Attorney for Debtor