UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-37370 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Capital One, N.A.

In Re:

LORI ANN MITCHELL

Order Filed on November 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 25-15684-VFP

Hearing Date: October 16, 2025

Judge: VINCENT F. PAPALIA

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through (4) is **ORDERED**.

**DATED: November 13, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | Capital One, N.A. |
| Applicant's Counsel: | Kimberly A. Wilson, Esquire, Brock & Scott, PLLC |
| Debtor's Counsel: | Russell L Low, Low & Low, LLC, Esquire |
| Property Involved ("Collateral"): | 11 Holderness Drive, Sussex, NJ 07461 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for 4 months, from June 20, 2025 to September 20, 2025.

   ☒ The Debtor is overdue for 4 payments at $728.21 per month.

   ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

   **Total Arrearages Due:  $2,912.42**

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Immediate payment shall be made in the amount of $2,912.42.  Payment shall be made no later than October 31, 2025.

   ☒ Beginning on October 20, 2025, regular monthly mortgage payments in the amount of $728.21 shall resume.

   ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

   ☐ The amount of $_____ shall be capitalized in the Debtor's Chapter 13 plan. Debtor shall file a Modified Plan within 15 days of entry of this Order.

2

3.     Payments to the Applicant shall be made to the following addresses:

    ☒     Immediate payment:         Attn: Bankruptcy Dept | 1 Corporate Drive, Ste 360
                                                                                                       Lake Zurich, IL 60047

    ☒     Regular monthly payment:         Attn: Bankruptcy Dept | 1 Corporate Drive, Ste 360
                                                                                                      Lake Zurich, IL 60047

    ☐     Monthly cure payment:

4.     In the event of Default:

☒     If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment within thirty (30) days of the date it becomes due then the Applicant may obtain an Order Vacating, terminating, and/or annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒     If the bankruptcy case is dismissed or converted, this Agreement is void and the instant bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorney fees of $500.00, and costs of $199.00.

        The fees and costs are payable:

        ☒ through the Chapter 13 plan.

        ☐ to the Applicant within _____ days.

    ☐ Attorneys' fees are not awarded.

*rev.1/12/22*

4