| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-37370 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Capital One, N.A. | Order Filed on November 13, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>LORI ANN MITCHELL | Case No: 25-15684-VFP<br><br>Hearing Date: October 16, 2025<br><br>Judge: VINCENT F. PAPALIA<br><br>Chapter: 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form | ☐ Followed | ☒ Modified |

### ORDER RESOLVING MOTION TO VACATE STAY
### AND/OR MOTION TO DISMISS
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (4) is **ORDERED**.

**DATED: November 13, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | Capital One, N.A. |
| Applicant's Counsel: | Kimberly A. Wilson, Esquire, Brock & Scott, PLLC |
| Debtor's Counsel: | Russell L Low, Low & Low, LLC, Esquire |
| Property Involved ("Collateral"): | 11 Holderness Drive, Sussex, NJ 07461 |

Relief sought:    ☒    Motion for relief from the automatic stay

☐    Motion to dismiss

☐    Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

   ☒    The Debtor is overdue for 4 months, from June 20, 2025 to September 20, 2025.

   ☒    The Debtor is overdue for 4 payments at $728.21 per month.

   ☐    The Debtor is assessed for _____ late charges at $_____ per month.

   ☐    Applicant acknowledges receipt of funds in the amount of $ _____ received after the motion was filed.

   **Total Arrearages Due:  $2,912.42**

2.    Debtor must cure all post-petition arrearages, as follows:

   ☒    Immediate payment shall be made in the amount of $2,912.42.  Payment shall be made no later than October 31, 2025.

   ☒    Beginning on October 20, 2025, regular monthly mortgage payments in the amount of $728.21 shall resume.

   ☐    Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

   ☐    The amount of $_____ shall be capitalized in the Debtor's Chapter 13 plan. Debtor shall file a Modified Plan within 15 days of entry of this Order.

3. Payments to the Applicant shall be made to the following addresses:

| | | |
|---|---|---|
| ☒ | Immediate payment: | Attn: Bankruptcy Dept \| 1 Corporate Drive, Ste 360<br>Lake Zurich, IL 60047 |
| ☒ | Regular monthly payment: | Attn: Bankruptcy Dept \| 1 Corporate Drive, Ste 360<br>Lake Zurich, IL 60047 |
| ☐ | Monthly cure payment: | |

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment within thirty (30) days of the date it becomes due then the Applicant may obtain an Order Vacating, terminating, and/or annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒ If the bankruptcy case is dismissed or converted, this Agreement is void and the instant bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $500.00, and costs of $199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Applicant within _____ days.

☐ Attorneys' fees are not awarded.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15684-VFP |
| Lori Ann Mitchell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

**Recip ID        Recipient Name and Address**
db           +  Lori Ann Mitchell, PO Box 44, Vernon, NJ 07462-0044

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Creditor Capital One  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Russell L. Low
    on behalf of Debtor Lori Ann Mitchell ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Steven Eisenberg
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor NATIONSTAR MORTGAGE LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7